# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WENDY MCCARTNEY,** | : | **CIVIL ACTION NO. 1:09-CV-1817** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **PENNSYLVANIA STATE POLICE, JEFFREY MILLER, DANIEL HAWK, DENNIS SMOLKO, EARL KILLION, CHARLES STROBERT, THOMAS MANNION, THOMAS BUTLER, PATRICK B. GEBHART,** | : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 28th day of July, 2010, upon consideration of the praecipe (Doc. 31) to discontinue and end, filed by plaintiff Wendy McCartney ("McCartney") on July 20, 2010, wherein McCartney requests that the court "Please Discontinue and End the above captioned matter as to the defendant Mannion with prejudice," (id.), and it appearing that all defendants filed an answer to the amended complaint on July 15, 2010, (see Doc. 28), and that defendant Thomas Mannion ("Mannion") filed a motion (Doc. 29) for judgment on the pleadings on July 20, 2010, and recognizing that under Federal Rule of Civil Procedure 41(a)(2), "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper," it is hereby ORDERED that:

1. McCartney's praecipe (Doc. 31) to discontinue and end is CONSTRUED as a Rule 41(a)(2) request for voluntary dismissal and is GRANTED as so construed. All claims against Mannion are DISMISSED with prejudice.

2. The motion (Doc. 29) for judgment on the pleadings, filed by Mannion, is DENIED as moot.

                                                S/ Christopher C. Conner
                                               CHRISTOPHER C. CONNER
                                               United States District Judge